IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARLOS WHITE,
        Plaintiff,

vs

ADRIAN KING, et al.,
        Defendants.

Civil Action No. 16-1001
Electronic Filing

## ORDER OF COURT

AND NOW, this 14th day of May, 2018, after the plaintiff, Carlos White, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 66), which is adopted as the opinion of this Court,

IT IS ORDERED that the Amended Complaint (ECF No. 15) is dismissed for plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
David Stewart Cercone
Senior United States District Judge

cc: Carlos White
Inmate #35442068
Northeast Ohio Correctional Center
2240 Hubbard Rd.
Youngstown, OH 44505
(*Via First Class Mail*)

Scott A. Bradley, Esquire
(*Via CM/ECF Electronic Mail*)